

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/24/2020

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2020

**BY ECF**
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

The application is __X__ granted
_____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __1/24/2020__
New York, New York

Re: *United States v. Garcia*, **19 Cr. 264 (ER)**

Dear Judge Ramos:

**MEMO ENDORSED**

The Government writes, with the consent of the above-captioned defendant[1] through his counsel, to request that the Court exclude time under the Speedy Trial Act until February 28, 2020, so that the parties can continue discussions toward a pretrial resolution of this matter.

The Government is available to address any questions the Court may have.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ _____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

---

[1] Defendant Manuel Rodriguez pleaded guilty on December 10, 2019.